Mary Gaynor, as Administratrix, etc., v. New York Breweries Company, Ltd.— Motion denied, with ten dollars costs.

Simon Heilbrunn v. German Alliance Insurance Company of New York. — Motion granted; question certified.

Max Davidson v. Equitable Life Assurance Society of the United States. — Motion denied, with ten dollars costs.

James Pollitz v. Wabash Railroad Company and Others.— Motion granted; question certified as stated in order.

George E. Garrison v. Sun Printing and Publishing Association.— Motion granted; question certified as stated in order.

Ada E. Meyer v. Louis G. Meyer.— Motion denied, with ten dollars costs.

Anna Rockowitz, an Infant, etc., v. Harris Siegel and Others.— Motion denied, with ten dollars costs. Order to be settled on notice.

In the Matter of The City of New York (In the Matter of M. Estelle Reilly) — Reference ordered. Order to be settled on notice.

In the Matter of Henry A. Beyer, an Attorney.— Motion granted. Order to be settled on notice.

In the Matter of William F. Randel, an Attorney.— Motion denied. Order to be settled on notice.

In the Matter of Aaron Avrutis, an Attorney.— Application granted. Order to be settled on notice.

In the Matter of Jacob Stone Freedman, an Attorney.— Application granted. Order to be settled on notice.

Monroe E. Stern v. Fred W. Lindars.— Application denied, with ten dollars costs. Order signed.

The People of the State of New York ex rel. Annie Stein v. Patrick A. Whitney, as Commissioner.— Motion to dismiss appeal denied.

Warren J. Flick, Appellant, v. Wyoming Valley Trust Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Lillie E. Taylor, Respondent, v. Bankers Loan and Investment Company, Appellant.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. James Q. McCarthy, Appellant.— Judgment affirmed. No opinion.

Rachel Lehmaier and Others, Respondents, v. The Bettman-Johnson Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., and Laughlin, J., dissenting.)

Jessie Rosenblatt, an Infant, by Benjamin Rosenblatt, Her Guardian ad Litem, Appellant, v. The City of New York, Respondent.—Judgment affirmed, with costs. No opinion.

Patrick J. Keiran, Appellant, v. James P. McDonald, Respondent, Impleaded with United Haiti Corporation.— Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. No opinion.

Annie Conway, as Administratrix, etc., of James E. Conway, Deceased, Appellant, v. Fitzpatrick & Coombes, Inc., Respondent.— Judgment affirmed, with costs. No opinion. (Scott, J., dissenting.)

Michael J. Leahy, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.